that the record presents no questions for our review. The proceedings in the circuit court were in every respect regular. The general affirmative charge in appellant's behalf was not tendered. A motion for a new trial was not filed. A few objections were interposed relating to the introduction of the evidence. In each instance, when the ruling was adverse to the accused, no exceptions were reserved. Kelley v. State, 32 Ala.App. 408, 26 So.2d 633.

■ Our review is limited to those matters upon which rulings at nisi prius proceedings were timely invoked. Lipscomb v. State, 32 Ala.App. 623, 29 So.2d 145. We do not hesitate to state, however, that, had the indicated questions been duly raised, we would still find it necessary to affirm the judgment below.

It is ordered that the judgment of the lower court be affirmed.

Affirmed.

BRICKEN, Presiding Judge.

The indictment in this case charged the defendant with the offense of rape. A capital felony.

Upon the trial in the court below, after due and regular proceedings, the accused was convicted of rape as charged in the indictment and his punishment was fixed at imprisonment for a period of ten years. Judgment of conviction was duly pronounced and entered, and the court sentenced the defendant to the penitentiary for ten years.

The appeal is upon the record only. No testimony is contained in the transcript, hence the only question for our consideration is the regularity of the proceedings during the trial of this case in the court below. Upon an examination of the record upon this question we find that no error is apparent on the record. It follows therefore, that the judgment of conviction from which this appeal was taken must stand affirmed.

Affirmed.

38 So.2d 741

### SMITH v. STATE.
### 8 Div. 707.

Court of Appeals of Alabama.
Feb. 8, 1949.

W. A. Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

38 So.2d 744

### BROOKS v. STATE.
### 8 Div. 677.

Court of Appeals of Alabama.
Feb. 8, 1949.

